# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-1827
_____

United States of America

*Plaintiff - Appellee*

v.

Eddie Mull

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: August 7, 2023
Filed: August 10, 2023
_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Eddie Mull appeals after the district court[1] revoked his supervised release and sentenced him to 8 months in prison and 2 years of supervised release. His counsel

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

has moved to withdraw, and has filed a brief challenging the substantive reasonableness of the sentence.

After careful review of the record, we conclude that the district court did not abuse its discretion in imposing the revocation sentence. *See United States v. McGhee*, 869 F.3d 703, 705-06 (8th Cir. 2017) (per curiam). The revocation sentence is within the Guidelines range and accorded a presumption of substantive reasonableness on appeal. *See United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008). Moreover, there is no indication that the district court failed to consider a relevant 18 U.S.C. § 3553(a) factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the appropriate factors. *See McGhee*, 869 F.3d at 706.

Accordingly, we grant counsel's motion to withdraw and affirm.

_____